IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHARLES WILEY, | : | |
| Plaintiff, | : | |
| | | Case No. 3:04cv447 |
| | : | |
| vs. | | District Judge Walter Herbert Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| WRIGHT STATE UNIVERSITY, *et al.*, | | |
| | : | |
| Defendants. | | |
| | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON FEBRUARY 21, 2006 (Doc. #34); GRANTING DEFENDANT EDWARD BAKER'S MOTION FOR SUMMARY JUDGMENT (Doc. #32); DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANT EDWARD BAKER; AND DENYING AS MOOT DEFENDANT EDWARD BAKER'S MOTION TO DISMISS (Doc. #25)**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #34), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on February 21, 2006 (Doc. #34) is ADOPTED in full;

2. Defendant Edward Baker's Motion For Summary Judgment (Doc. #32) is GRANTED;

3. Plaintiff's Complaint is DISMISSED to the extent it raises claims against Defendant Edward Baker; and

4. Defendant Edward Baker's Motion To Dismiss Pursuant to Fed. R. Civ. P. 37 and 41 (Doc. #25) is DENIED as moot.

Walter Herbert Rice
United States District Judge