# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CHARLES WILEY, :

    Plaintiff, :

        Case No. 3:04cv447

vs. :

        District Judge Walter Herbert Rice
: Magistrate Judge Sharon L. Ovington

WRIGHT STATE UNIVERSITY, *et al.*,

    Defendants. :

    :

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON APRIL 6, 2006 (Doc. #36), AND DENYING DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 37 AND 41 (Doc. #28)**

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #36), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on April 6, 2006 (Doc. #36) is ADOPTED in full; and

2. Defendants' Motion To Dismiss Complaint Pursuant to Fed. R. Civ. P. 37 and 41 (Doc. #28) is DENIED.

                                                                        Walter Herbert Rice
                                                                        United States District Judge