## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHARLES WILEY, | : | |
| Plaintiff, | : | Case No. 3:04CV447 |
| | : | |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| WRIGHT STATE UNIVERSITY, *et al.,* | : | |
| Defendants. | : | |

## DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON JULY 9, 2007 (Doc. #48); GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Doc. #42); AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #48), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.　　The Report and Recommendations filed on July 9, 2007 (Doc. #48) is ADOPTED in full;

2. Defendants' Motion for Summary Judgment (Doc. #42) is GRANTED; and

3. The case is terminated on the docket of this Court.

Walter Herbert Rice
United States District Judge

2